```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  ALFRED CABALLERO,              )   NO. CV 11-10091-JFW(E)
                                   )
12           Plaintiff,            )
                                   )
13       v.                        )   ORDER ACCEPTING FINDINGS,
                                   )
14  MR. GONZALEZ, et al.,          )   CONCLUSIONS AND RECOMMENDATIONS
                                   )
15           Defendants.           )   OF UNITED STATES MAGISTRATE JUDGE
    _____ )
16
17
18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Complaint, all of the records herein and the attached Report and
20  Recommendation of United States Magistrate Judge.  The Court
21  accepts and adopts the Magistrate Judge's Report and
22  Recommendation.
23
24       IT IS ORDERED that Judgment shall be entered dismissing the
25  action without prejudice.
26  ///
27  ///
28  ///
```

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff.

DATED: April 10, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE