JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
ALFRED CABALLERO,              )    NO. CV 11-10091-JFW(E)
                               )
          Plaintiff,           )
                               )
     v.                        )    JUDGMENT
                               )
MR. GONZALEZ, et al.,          )
                               )
          Defendants.          )
_____)
```

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  April 10, 2012.

　　　　　　　　　　　　　　　/s/ John F. Walter
　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE